1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**EASTERN DISTRICT OF CALIFORNIA**

7

8
9

THE HANOVER INSURANCE COMPANY,
as subrogee of COASTAL CARRIERS TRUCK
LINES, INC.,

**CASE NO. 1:12-CV-00955-LJO-GSA**

10

          Plaintiff,

**ORDER TO DISMISS AND CLOSE
ACTION (Doc. 28)**

11

     vs.

12
13

G&J TRANSPORT, JOSEPH GARZA,
Individually, and JOSEPH GARZA dba G&J
TRANSPORT,

14

        Defendants.

15

,

16

     Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i),

17

this Court:

18

    1.     DISMISSES without prejudice this entire action and all claims;

19

    2.     VACATES all pending matters and dates; and

20

    3.     DIRECTS the clerk to close this action.

21

**SO ORDERED**

22

**Dated: September 23, 2013**

23

                           **/s/ Lawrence J. O'Neill**
                        **United States District Court**

24
25
26
27
28

1