**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, as subrogee of COASTAL CARRIERS TRUCK LINES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>G&J TRANSPORT, JOSEPH GARZA, Individually, and JOSEPH GARZA dba G&J TRANSPORT,<br><br>　　　　　Defendants. | **CASE NO. 1:12-CV-00955-LJO-GSA**<br><br>**ORDER TO DISMISS AND CLOSE ACTION (Doc. 28)** |

,
　　　Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

　　1.　　DISMISSES without prejudice this entire action and all claims;

　　2.　　VACATES all pending matters and dates; and

　　3.　　DIRECTS the clerk to close this action.

**SO ORDERED**
**Dated: September 23, 2013**

　　　　　　　　　　　　　　　　　　　**　/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　**United States District Court**

1